**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6787**

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

        v.

ROBERT HENRY DAVIS, a/k/a Pops,

               Defendant – Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:00-cr-00424-PJM-2)

Submitted:  November 19, 2010      Decided:  December 8, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Henry Davis, Appellant Pro Se.  John Walter Sippel, Jr.,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Henry Davis appeals the district court's orders denying his self-styled Fed. R. Crim. P. 36 motion to correct a clerical error in his criminal judgment, as well as its order denying his amended Rule 36 motion to correct a clerical error in his presentence investigation report. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See United States v. Davis, No. 8:00-cr-00424-PJM-2 (D. Md. May 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED